1 Todd M. Friedman (216752)
2 Nicholas J. Bontrager (252114)
  Law Offices of Todd M. Friedman, P.C.
3 369 S. Doheny Dr. #415
4 Beverly Hills, CA 90211
  Phone: (877) 206-4741
5 Fax: (866)633-0228
6 tfriedman@attorneysforconsumers.com
7 nbontrager@attorneysforconsumers.com
  Attorney for Plaintiff
8

9

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CASEY BLOTZER, on behalf of herself and all others similarly situated | Case No. 2:13-cv-00675-JAK-JCG |
| Plaintiff, | **CLASS ACTION** |
| vs. | **NOTICE OF SETTLEMENT** |
| DURA MEDIC, LLC, et al., | **Hon. John A. Kronstadt** |
| Defendants. | |

NOW COMES THE PLAINTIFF by and through her attorney to respectfully notify this Honorable Court that this case has settled on the individual claims. Plaintiff requests that this Honorable Court allow sixty (60) days with which to file dispositive documentation dismissing the individual claims with prejudice and the putative class claims without prejudice. A Joint

Notice of Settlement - 1

Stipulation for Dismissal will be forthcoming. This Court shall retain jurisdiction over this matter until fully resolved.

Respectfully submitted this 10th day of October, 2013.

By: s/Todd M. Friedman
TODD M. FRIEDMAN
Law Offices of Todd M. Friedman, P.C.
Attorney for Plaintiff

Filed electronically on this 10th day of October, 2013, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

Honorable John A. Kronstadt
United States District Court
Central District of California

Richard Crites
THE CRITES LAW FIRM
Attorney for Defendant

This 10th day of October, 2013.

s/Todd M. Friedman
Todd M. Friedman