# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CASEY BLOTZER, on behalf of herself and all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> DURA MEDIC, LLC, et al., <br><br> Defendants. | Case No. 2:13-cv-00675-JAK-JCG <br><br> **ORDER GRANTING JOINT STIPULATION TO DISMISS INDIVIDUAL CLAIMS WITH PREJUDICE AND PUTATIVE CLASS CLAIMS WITHOUT PREJUDICE JS-6** |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties to dismiss the individual claims with prejudice and the putative class claims without prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the entire case is dismissed with prejudice. Each party shall bear their own costs and fees.

Dated this 5th day of December, 2013.

_____
The Honorable John A. Kronstadt

Order to Dismiss - 1